# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOMLINSON, ROBERT D. | § | Case No. 09-38023 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2009 . The undersigned trustee was appointed on 01/21/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 135,029.33 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 50,483.74 |
| Bank service fees | | 4,236.30 |
| Other payments to creditors | | 399.64 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 79,909.65 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/30/2010  and the deadline for filing governmental claims was  12/30/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,001.47 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 10,001.47 , for a total compensation of $ 10,001.47 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 8.58 , for total expenses of $ 8.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/07/2015                    By: /s/R. SCOTT ALSTERDA
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: 09-38023   JPC   Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: TOMLINSON, ROBERT D. | Date Filed (f) or Converted (c): | 10/12/09 (f) |
| | 341(a) Meeting Date: | 01/29/10 |
| For Period Ending: 12/07/15 | Claims Bar Date: | 12/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 500.00 | 0.00 | | 0.00 | FA |
| 2. Northern Trust Bank (xxx5281) | 20.00 | 0.00 | | 0.00 | FA |
| 3. Northern Trust Bank (xxx5474) | 15.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel (necessary) | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Ring and Watch | 500.00 | 0.00 | | 0.00 | FA |
| 7. Navigators III, LLC | Unknown | 0.00 | | 0.00 | FA |
| 8. Assets Navigators Landings, LLC | Unknown | 0.00 | | 0.00 | FA |
| 9. SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Church) (u)   Willow Creek Community Church | 134,000.00 | 134,000.00 | | 134,000.00 | FA |
| 10. SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Assoc.) (u)   Willow Creek Association | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 29.33 | Unknown |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $141,535.00   $135,000.00   $135,029.33   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has collected funds from the settlement of a fraudulent transfer case.  The case remains open due to some
state court litigation in Texas involving the Debtor's interests in certain failed real estate developments.  Claims
need to be reviewed and tax return may need to be done.

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 19.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No.: | 09-38023   JPC   Judge: JACQUELINE P. COX | Trustee Name:   R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | Date Filed (f) or Converted (c):   10/12/09 (f) |
| | | 341(a) Meeting Date:   01/29/10 |
| | | Claims Bar Date:   12/30/10 |

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 07/31/15

/s/   R. SCOTT ALSTERDA
_____ Date: 12/07/15
R. SCOTT ALSTERDA

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 88,376.92 | | 88,376.92 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.48 | 88,322.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.28 | 88,266.16 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.42 | 88,211.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.20 | 88,155.54 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.04 | 88,024.50 |
| 03/07/13 | 030001 | International Sureties, Ltd. | | 2300-000 | | 70.29 | 87,954.21 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.21 | 87,836.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.63 | 87,705.37 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.18 | 87,579.19 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.21 | 87,448.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.82 | 87,323.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.83 | 87,193.33 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.63 | 87,063.70 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.28 | 86,938.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.25 | 86,809.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.90 | 86,684.27 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.87 | 86,555.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.69 | 86,426.71 |
| 02/10/14 | 030002 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 70.09 | 86,356.62 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 116.02 | 86,240.60 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.21 | 86,112.39 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.90 | 85,988.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.84 | 85,860.65 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.53 | 85,737.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.47 | 85,609.65 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.28 | 85,482.37 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.00 | 85,359.37 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.91 | 85,232.46 |
| 12/01/14 | 030003 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | Tax Return 2010 | 2810-000 | | 5,125.00 | 80,107.46 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.63 | 79,984.83 |
| 02/20/15 | 030004 | Arthur B. Levine Company Attention Maria Sponza 60 East 42nd Street, Room 965 New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 44.85 | 79,939.98 |
| 03/06/15 | 030005 | Internal Revenue Service Cincinnati, OH 45999-0039 | 35-6866450 Tax Period 12-31-10 1041 | 2810-000 | | 30.33 | 79,909.65 |

\* Reversed
t Funds Transfer

| Account *******9719 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 5 | Checks | 5,340.56 |
| 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 3,126.71 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 8,467.27 |
| 1 | Transfers In | 88,376.92 | | | |
| | Total | $ 88,376.92 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9119 BofA - Money Market Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/10 | 9 | Willow Creek Community Church | Settlement Fraudulent Transfer | 1241-000 | 134,000.00 | | 134,000.00 |
| | | 67 East Algonquin Road | | | | | |
| | | South Barrington, IL 60010-6143 | | | | | |
| 09/29/10 | 10 | Willow Creek Association | Settlement Fraudulent Transfer | 1241-000 | 1,000.00 | | 135,000.00 |
| | | P.O. Box 3188 | | | | | |
| | | Barrington, IL 60011-3188 | | | | | |
| 10/04/10 | 000301 | DiMonte & Lizak LLC | Special Counsel for Trustee Fees | 3210-600 | | 45,000.00 | 90,000.00 |
| | | 216 Higgins Road | Order dated 09/28/10 [130] | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 10/04/10 | 000302 | DiMonte & Lizak LLC | Special Counsel for Trustee Expense | 7990-000 | | 399.64 | 89,600.36 |
| | | 216 Higgins Road | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 10/29/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.92 | | 89,604.28 |
| 11/30/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.69 | | 89,607.97 |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.81 | | 89,611.78 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.81 | | 89,615.59 |
| 02/07/11 | 000303 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 71.71 | 89,543.88 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.69 | | 89,544.57 |
| 03/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 89,545.33 |
| 04/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.73 | | 89,546.06 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 89,546.83 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 89,547.57 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 89,548.32 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 89,549.09 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 89,549.83 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 89,550.56 |
| t  10/31/11 | | Transfer to Acct #*******5707 | Final Posting Transfer | 9999-000 | | 89,550.56 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.05

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-38023 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9119  BofA - Money Market Account |
| Taxpayer ID No: | *******6450 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t  Funds Transfer

| | Account *******9119 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 135,000.00 | 3 | Checks | 45,471.35 |
| | 13 | Interest Postings | 21.91 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 89,550.56 |
| | | Subtotal | $ 135,021.91 | | | |
| | | | | | Total | $ 135,021.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 135,021.91 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 09-38023 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5707 BofA - Checking Account |
| Taxpayer ID No: | *******6450 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 10/31/11 | | Transfer from Acct #*******9119 | Transfer In From MMA Account | 9999-000 | 89,550.56 | | 89,550.56 |
| t 10/31/11 | | Transfer to Acct #*******5749 | Bank Funds Transfer | 9999-000 | | 89,550.56 | 0.00 |

\* Reversed
t Funds Transfer

| Account *******5707 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 89,550.56 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 89,550.56 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 89,550.56 | | | |
| | Total | $ 89,550.56 | | | |

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5749  BofA - Money Market Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 0.02 |
| t 10/31/11 | | Transfer from Acct #*******5707 | Bank Funds Transfer | 9999-000 | 89,550.56 | | 89,550.58 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 89,551.32 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 110.40 | 89,440.92 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 89,441.68 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 110.27 | 89,331.41 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 89,332.17 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.16 | 89,215.01 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.71 | | 89,215.72 |
| 02/29/12 | 000301 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 71.47 | 89,144.25 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 106.03 | 89,038.22 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 89,038.97 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 109.49 | 88,929.48 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 88,930.21 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.98 | 88,817.23 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 88,817.98 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.84 | 88,705.14 |
| 06/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.72 | | 88,705.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 105.43 | 88,600.43 |
| 07/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 88,601.18 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 116.20 | 88,484.98 |
| 08/31/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 88,485.71 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 108.79 | 88,376.92 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| t 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 88,376.92 | 0.00 |

FORM 2

Page: 7

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-38023 -JPC |
| Case Name: | TOMLINSON, ROBERT D. |
| Taxpayer ID No: | *******6450 |
| For Period Ending: | 12/07/15 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5749 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer

| | | | | | |
|---|---|---|---|---|---|
| Account *******5749 | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 71.47 |
| 11 | Interest Postings | 7.42 | 10 | Adjustments Out | 1,109.59 |
| | | | 1 | Transfers Out | 88,376.92 |
| | Subtotal | $ 7.42 | | | |
| | | | | Total | $ 89,557.98 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 89,550.56 | | | |
| | Total | $ 89,557.98 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 2 | Deposits | 135,000.00 | 9 | Checks | 50,883.38 |
| 24 | Interest Postings | 29.33 | 37 | Adjustments Out | 4,236.30 |
| | | | 3 | Transfers Out | 267,478.04 |
| | Subtotal | $ 135,029.33 | | | |
| | | | | Total | $ 322,597.72 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 267,478.04 | | | |
| | Total | $ 402,507.37 | | Net Total Balance | $ 79,909.65 |

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 12/07/15

R. SCOTT ALSTERDA

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 07, 2015 |
|---|---|---|---|---|---|---|

Case Number:   09-38023  
Debtor Name:   TOMLINSON, ROBERT D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $187.67 | $187.67 |
| 001<br>3210-60 | DiMonte & Lizak LLC<br>216 Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $45,000.00 | $45,000.00 |
| 001<br>3220-61 | DiMonte & Lizak LLC<br>216 Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $399.64 | $399.64 |
| 999<br>2810-00 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Administrative | | $0.00 | $5,155.33 | $5,155.33 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $29,607.50 | $29,607.50 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,421.00 | $1,421.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $283.56 | $283.56 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $44.85 | $44.85 |
| 000001<br>070<br>7100-00 | Capital One, National Association<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | Unsecured | | $0.00 | $235,185.69 | $235,185.69 |
| 000002<br>070<br>7100-00 | Felicia Shotkoski<br>Adam B Whiteman esq<br>118 N Clinton Street Ste 17<br>chicago, IL 60661 | Unsecured | | $0.00 | $100,000.00 | $100,000.00 |
| 000003<br>070<br>7100-00 | CHCT Investments, LLC<br>c/o Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Attention: Peter A. Siddiqui | Unsecured | | $0.00 | $3,560,505.99 | $3,560,505.99 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 07, 2015

Case Number:  09-38023
Debtor Name:  TOMLINSON, ROBERT D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004<br>070<br>7100-00 | Perry, William and Julie<br>22278 NW Brookside Way<br>Lake Barrington, IL 60010 | Unsecured | | $0.00 | $175,000.00 | $175,000.00 |
| 000005<br>070<br>7100-00 | Chapman Hext & Co., P.C.<br>301 S. Sherman St., Suite 200<br>Richardson, TX 75081-4166 | Unsecured | | $0.00 | $1,656.25 | $1,656.25 |
| 000006<br>070<br>7100-00 | Bontempo, Blaine<br>24 Polo Drive<br>South Barrington, IL 60010 | Unsecured | | $0.00 | $200,000.00 | $200,000.00 |
| 000007<br>070<br>7100-00 | Kane Russell Coleman & Logan<br>Attn Michael Scanlon<br>3700 Thanksgiving Tower<br>1601 Elm StreetDallas, TX 75201 | Unsecured | | $0.00 | $516,531.14 | $516,531.14 |
| 000008<br>070<br>7100-00 | Lawrence Mosher<br>c/o Much Shelist-K. Carlson/J. Gansberg<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Unsecured | | $0.00 | $2,600,000.00 | $2,600,000.00 |
| 000009<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $197,391.78 | $197,391.78 |
| 000010<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $170,633.41 | $170,633.41 |
| 000011<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $83,534.25 | $83,534.25 |
| 000012<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $231,917.81 | $231,917.81 |
| 000013<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $696,986.30 | $696,986.30 |
| 000014<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $102,863.01 | $102,863.01 |
| 000015<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $135,835.62 | $135,835.62 |
| 000016<br>070<br>7100-00 | Gary M Smogolski Trust Dated 3/8/01<br>909 West Palm Drive<br>Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $73,865.75 | $73,865.75 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 07, 2015 |

Case Number: 09-38023  
Debtor Name: TOMLINSON, ROBERT D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000017 070 7100-00 | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $332,328.77 | $332,328.77 |
| 000018 070 7100-00 | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $107,739.73 | $107,739.73 |
| 000019 070 7100-00 | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $83,534.25 | $83,534.25 |
| 000020 070 7100-00 | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $125,369.86 | $125,369.86 |
| 000021 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $176,493.15 | $176,493.15 |
| 000022 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $626,817.10 | $626,817.10 |
| 000023 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $361,075.66 | $361,075.66 |
| 000024 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $455,753.42 | $455,753.42 |
| 000025 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $178,465.75 | $178,465.75 |
| 000026 070 7100-00 | Reid James & Tedde 33 Polo Drive S Barrington, IL 60010 | Unsecured | | $0.00 | $77,713.97 | $77,713.97 |
| 000027 070 7100-00 | Northern Trust Bank 770 West Northwest Highway Barrington, IL 60010 | Unsecured | | $0.00 | $195,324.37 | $195,324.37 |
| 000028 070 7100-00 | Supply & Equipment Foodservice Alliance Inc 4 Executive Court Suite 1 S Barrington, IL 60010 | Unsecured | | $0.00 | $640,000.00 | $640,000.00 |
| 000029 070 7100-00 | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | Unsecured | | $0.00 | $166,095.89 | $166,095.89 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 07, 2015 |

Case Number:   09-38023  
Debtor Name:   TOMLINSON, ROBERT D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000030 080 7200-00 | Kane, James M., Jr. 18 Barrington Hills Barrington, IL 60010 | Unsecured | | $0.00 | $158,000.00 | $158,000.00 |
| | Case Totals: | | | $0.00 | $12,848,718.47 | $12,848,718.47 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-38023
Case Name: TOMLINSON, ROBERT D.
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 79,909.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 10,001.47 | $ 0.00 | $ 10,001.47 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 8.58 | $ 0.00 | $ 8.58 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 29,607.50 | $ 0.00 | $ 29,607.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 187.67 | $ 0.00 | $ 187.67 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,421.00 | $ 0.00 | $ 1,421.00 |
| Other: Department of the Treasury | $ 5,155.33 | $ 5,155.33 | $ 0.00 |
| Other: DiMonte & Lizak LLC | $ 45,000.00 | $ 45,000.00 | $ 0.00 |
| Other: DiMonte & Lizak LLC | $ 399.64 | $ 399.64 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 44.85 | $ 44.85 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 283.56 | $ 283.56 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 41,226.22

Remaining Balance $ 38,683.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,608,618.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, National Association | $ 235,185.69 | $ 0.00 | $ 721.55 |
| 000002 | Felicia Shotkoski | $ 100,000.00 | $ 0.00 | $ 306.80 |
| 000003 | CHCT Investments, LLC | $ 3,560,505.99 | $ 0.00 | $ 10,923.69 |
| 000004 | Perry, William and Julie | $ 175,000.00 | $ 0.00 | $ 536.90 |
| 000005 | Chapman Hext & Co., P.C. | $ 1,656.25 | $ 0.00 | $ 5.08 |
| 000006 | Bontempo, Blaine | $ 200,000.00 | $ 0.00 | $ 613.60 |
| 000007 | Kane Russell Coleman & Logan | $ 516,531.14 | $ 0.00 | $ 1,584.73 |
| 000008 | Lawrence Mosher | $ 2,600,000.00 | $ 0.00 | $ 7,976.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Gary M Smogolski Trust Dated 3/8/01 | $ 197,391.78 | $ 0.00 | $ 605.60 |
| 000010 | Gary M Smogolski Trust Dated 3/8/01 | $ 170,633.41 | $ 0.00 | $ 523.51 |
| 000011 | Gary M Smogolski Trust Dated 3/8/01 | $ 83,534.25 | $ 0.00 | $ 256.28 |
| 000012 | Gary M Smogolski Trust Dated 3/8/01 | $ 231,917.81 | $ 0.00 | $ 711.53 |
| 000013 | Gary M Smogolski Trust Dated 3/8/01 | $ 696,986.30 | $ 0.00 | $ 2,138.36 |
| 000014 | Gary M Smogolski Trust Dated 3/8/01 | $ 102,863.01 | $ 0.00 | $ 315.59 |
| 000015 | Gary M Smogolski Trust Dated 3/8/01 | $ 135,835.62 | $ 0.00 | $ 416.75 |
| 000016 | Gary M Smogolski Trust Dated 3/8/01 | $ 73,865.75 | $ 0.00 | $ 226.62 |
| 000017 | Gary M Smogolski Trust Dated 3/8/01 | $ 332,328.77 | $ 0.00 | $ 1,019.59 |
| 000018 | Gary M Smogolski Trust Dated 3/8/01 | $ 107,739.73 | $ 0.00 | $ 330.55 |
| 000019 | Gary M Smogolski Trust Dated 3/8/01 | $ 83,534.25 | $ 0.00 | $ 256.28 |
| 000020 | Gary M Smogolski Trust Dated 3/8/01 | $ 125,369.86 | $ 0.00 | $ 384.64 |
| 000021 | Reid James & Tedde | $ 176,493.15 | $ 0.00 | $ 541.48 |
| 000022 | Reid James & Tedde | $ 626,817.10 | $ 0.00 | $ 1,923.08 |
| 000023 | Reid James & Tedde | $ 361,075.66 | $ 0.00 | $ 1,107.79 |
| 000024 | Reid James & Tedde | $ 455,753.42 | $ 0.00 | $ 1,398.26 |
| 000025 | Reid James & Tedde | $ 178,465.75 | $ 0.00 | $ 547.54 |
| 000026 | Reid James & Tedde | $ 77,713.97 | $ 0.00 | $ 238.42 |
| 000027 | Northern Trust Bank | $ 195,324.37 | $ 0.00 | $ 599.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Supply & Equipment Foodservice Alliance | $ 640,000.00 | $ 0.00 | $ 1,963.53 |
| 000029 | Gary M Smogolski Trust Dated 3/8/01 | $ 166,095.89 | $ 0.00 | $ 509.58 |
| | Total to be paid to timely general unsecured creditors | | | $ 38,683.43 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 158,000.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Kane,James M., Jr. | $ 158,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE