# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOMLINSON, ROBERT D. | § | Case No. 09-38023 JPC |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        United States Bankruptcy Court
        219 South Dearborn Street
        Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held on Thursday, January 7, 2016 at 9:30 a.m. in Courtroom 680, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

   If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2015                    By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
     §
TOMLINSON, ROBERT D.  §     Case No. 09-38023 JPC
     §
   Debtor  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 135,029.33 |
| and approved disbursements of | $ | 55,119.68 |
| leaving a balance on hand of[1] | $ | 79,909.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA | $ 10,001.47 | $ 0.00 | $ 10,001.47 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 8.58 | $ 0.00 | $ 8.58 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 29,607.50 | $ 0.00 | $ 29,607.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 187.67 | $ 0.00 | $ 187.67 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,421.00 | $ 0.00 | $ 1,421.00 |
| Other: Department of the Treasury | $ 5,155.33 | $ 5,155.33 | $ 0.00 |
| Other: DiMonte & Lizak LLC | $ 45,000.00 | $ 45,000.00 | $ 0.00 |
| Other: DiMonte & Lizak LLC | $ 399.64 | $ 399.64 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Arthur B. Levine Company | $ 44.85 | $ 44.85 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 283.56 | $ 283.56 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 41,226.22 |
| Remaining Balance | | | $ 38,683.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,608,618.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, National Association | $ 235,185.69 | $ 0.00 | $ 721.55 |
| 000002 | Felicia Shotkoski | $ 100,000.00 | $ 0.00 | $ 306.80 |
| 000003 | CHCT Investments, LLC | $ 3,560,505.99 | $ 0.00 | $ 10,923.69 |
| 000004 | Perry, William and Julie | $ 175,000.00 | $ 0.00 | $ 536.90 |
| 000005 | Chapman Hext & Co., P.C. | $ 1,656.25 | $ 0.00 | $ 5.08 |
| 000006 | Bontempo, Blaine | $ 200,000.00 | $ 0.00 | $ 613.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Kane Russell Coleman & Logan | $ 516,531.14 | $ 0.00 | $ 1,584.73 |
| 000008 | Lawrence Mosher | $ 2,600,000.00 | $ 0.00 | $ 7,976.84 |
| 000009 | Gary M Smogolski Trust Dated 3/8/01 | $ 197,391.78 | $ 0.00 | $ 605.60 |
| 000010 | Gary M Smogolski Trust Dated 3/8/01 | $ 170,633.41 | $ 0.00 | $ 523.51 |
| 000011 | Gary M Smogolski Trust Dated 3/8/01 | $ 83,534.25 | $ 0.00 | $ 256.28 |
| 000012 | Gary M Smogolski Trust Dated 3/8/01 | $ 231,917.81 | $ 0.00 | $ 711.53 |
| 000013 | Gary M Smogolski Trust Dated 3/8/01 | $ 696,986.30 | $ 0.00 | $ 2,138.36 |
| 000014 | Gary M Smogolski Trust Dated 3/8/01 | $ 102,863.01 | $ 0.00 | $ 315.59 |
| 000015 | Gary M Smogolski Trust Dated 3/8/01 | $ 135,835.62 | $ 0.00 | $ 416.75 |
| 000016 | Gary M Smogolski Trust Dated 3/8/01 | $ 73,865.75 | $ 0.00 | $ 226.62 |
| 000017 | Gary M Smogolski Trust Dated 3/8/01 | $ 332,328.77 | $ 0.00 | $ 1,019.59 |
| 000018 | Gary M Smogolski Trust Dated 3/8/01 | $ 107,739.73 | $ 0.00 | $ 330.55 |
| 000019 | Gary M Smogolski Trust Dated 3/8/01 | $ 83,534.25 | $ 0.00 | $ 256.28 |
| 000020 | Gary M Smogolski Trust Dated 3/8/01 | $ 125,369.86 | $ 0.00 | $ 384.64 |
| 000021 | Reid James & Tedde | $ 176,493.15 | $ 0.00 | $ 541.48 |
| 000022 | Reid James & Tedde | $ 626,817.10 | $ 0.00 | $ 1,923.08 |
| 000023 | Reid James & Tedde | $ 361,075.66 | $ 0.00 | $ 1,107.79 |
| 000024 | Reid James & Tedde | $ 455,753.42 | $ 0.00 | $ 1,398.26 |
| 000025 | Reid James & Tedde | $ 178,465.75 | $ 0.00 | $ 547.54 |
| 000026 | Reid James & Tedde | $ 77,713.97 | $ 0.00 | $ 238.42 |
| 000027 | Northern Trust Bank | $ 195,324.37 | $ 0.00 | $ 599.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Supply & Equipment Foodservice Alliance | $ 640,000.00 | $ 0.00 | $ 1,963.53 |
| 000029 | Gary M Smogolski Trust Dated 3/8/01 | $ 166,095.89 | $ 0.00 | $ 509.58 |
| | Total to be paid to timely general unsecured creditors | | $ | 38,683.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 158,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Kane,James M., Jr. | $ 158,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 09-38023-JPC
Robert D Tomlinson                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2             Date Rcvd: Dec 09, 2015
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2015.
```
db            +Robert D Tomlinson,    3890 Bernay Lane,    Hoffman Estates, IL 60192-1662
14566773      +Bauer, Deborah,    19310 Stone Oak Parkway, Suite 201,    San Antonio, TX 78258-3219
14566774      +Bontempo, Blaine,    24 Polo Drive,    South Barrington, IL 60010-7110
14566775      +Broyles, Frank L.,    Goins, Underkofler, Crawford, et al,    1201 Elm St., Suite 4800,
                Dallas, TX 75270-2165
14566778      +CHCT Investments, LLC,    c/o Katten Muchin Rosenman LLP,    525 W. Monroe Street,
                Chicago, IL 60661-3693,    Attention: Peter A. Siddiqui
14566776      +Capital One, N.A.,    4245 North Central Parkway,    Suite 245,    Dallas, TX 75205-4569
14604739       Capital One, National Association,    P.O. Box 829009,    Dallas, TX 75382-9009
14566779      +Credit Union Liquidity Services LLC,    f/k/a Texas Commercial Capital, LLC,
                777 East Campbell Road, Suite 650,    Richardson, TX 75081-6713
14566780      +David Goodman & Madole,    Attention: Bret Madole,    5420 LBJ Freeway, Suite 1200,
                Dallas, TX 75240-6215
14566782       FIA Card Services,    P.O. Box 15710,    Wilmington, DE 19886-5710
15916765      +Felicia Shotkoski,    Adam B Whiteman esq,    118 N Clinton Street Ste 17,
                chicago, IL 60661-2386
14566783      +First Bank,    P.O. Box 790281,    Saint Louis, MO 63179-0281
14566785      +GMAC,    3451 Hammond Avenue,    P.O. Box 780,    Waterloo, IA 50704-0780
14566784       Gary M Smogolski Trust Dated 3/8/01,    909 West Palm Drive,    Mount Prospect, IL 60056-4126
14566786      +Goldwasser, Richard,    Schoenberg, Finkel, Newman,    222 S. Riverside Plaza, Suite 2100,
                Chicago, IL 60606-6113
14566787       Grossman, Seymour T.,    9151 Kenneth Avenue,    Skokie, IL 60076-1646
14566788      +Hoffman Estates Community Bank,    1375 Palatine Road,    Hoffman Estates, IL 60192-1198
16593682       Kane Russell Coleman & Logan,    Attn Michael Scanlon,    3700 Thanksgiving Tower,
                1601 Elm StreetDallas, TX 75201
14566789      +Kane, Russell, Coleman & Logan,    Attn: Gordon Russell,    1601 Elm Street,
                Dallas, TX 75201-7207
14566790      +Kane,James M., Jr.,    18 Barrington Hills,    Barrington, IL 60010-4006
16602032      +Lawrence Mosher,    c/o Much Shelist-K. Carlson/J. Gansberg,    191 N. Wacker Dr., #1800,
                Chicago, IL 60606-1631
14566791      +Lori Tomlinson,    3890 Bernay Lane,    Hoffman Estates, IL 60192-1662
14566792      +Mosher, Lawrence,    3931 Felicia,    Sugar Land, TX 77479-2817
14566793      +Mosher, Michael D.,    The Mosher Justice Center,    50 North Main,    Paris, TX 75460-4220
14566794      +Navigators Landing, LLC,    1566 West Algonquin Road, Suite 230,
                Hoffman Estates, IL 60192-1575
14566795      +NexBank, SSB,    c/o Messrs Rossi and Ciavarra,    13455 Noel Rd., Suite 2220,
                Dallas, TX 75240-6808
14566796      +Northern Trust Bank,    770 West Northwest Highway,    Barrington, IL 60010-2640
14566797      +Palos Bank and Trust,    12600 South Harlem Avenue,    Palos Heights, IL 60463-1491
14566798      +Perry, William and Julie,    22278 NW Brookside Way,    Lake Barrington, IL 60010-5957
16626759      +Reid James & Tedde,    33 Polo Drive,    S Barrington, IL 60010-7110
14566799      +Reid, James and Tedde,    33 Polo Drive,    Barrington, IL 60010-7110
16626762      +Supply & Equipment Foodservice Alliance Inc,    4 Executive Court Suite 1,
                S Barrington, IL 60010-9519
14566800      +Tauchert, Patricia A.,    302 W.Main Street,    West Dundee, IL 60118-2021
14566802      +Waggoner, Gregory L.,    Four North Walkup Avenue,    Crystal Lake, IL 60014-4319
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14566777       ##Chapman Hext & Co., P.C.,    301 S. Sherman St., Suite 200,    Richardson, TX 75081-4166
14566781       ##+DFW Note Equities,    5440 Harvest Hill Road, Suite 250,    Dallas, TX 75230-1671
14566801       ##+W.R. Rose Investments, Inc.,    5440 Harvest Hill Road, Suite 250,    Dallas, TX 75230-1671
                                                                                                TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                                        Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Dec 09, 2015
                              Form ID: pdf006           Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2015 at the address(es) listed below:
              Adam B Whiteman    on behalf of Intervenor-Plaintiff Felicia  Shotkoski adamwhitemanlaw@aol.com
              Ariel  Weissberg    on behalf of Defendant Robert D Tomlinson ariel@weissberglaw.com,
               Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
               issberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com;weissberg401@gmail.com
              Ariel  Weissberg    on behalf of Debtor 1 Robert D Tomlinson ariel@weissberglaw.com,
               Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
               issberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com;weissberg401@gmail.com
              Christopher T Conrad    on behalf of Creditor    Barrington Bank & Trust Co., N.A.
               cconrad@wilfordconrad.com,   rverkuilen@wilfordconrad.com
              Elizabeth A. Bates    on behalf of Defendant    Willow Creek Community Church, Inc.
               ebates@springerbrown.com,   jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Defendant    Willow Creek Association ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Gregory J Jordan    on behalf of Creditor    Kane Russell Coleman & Logan gjordan@jz-llc.com
              Ira P Goldberg    on behalf of Plaintiff Richard J. Mason igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Ira P Goldberg    on behalf of Trustee R Scott Alsterda igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Jeffrey L. Gansberg    on behalf of Creditor Lawrence  Mosher jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Jose G Moreno    on behalf of Creditor    GMAC MORTGAGE LLC nd-one@il.cslegal.com
              Kurt M. Carlson    on behalf of Creditor Lawrence  Mosher kcarlson@carlsondash.com,
               knoonan@carlsondash.com;bmurzanski@carlsondash.com
              Michael  Dimand    on behalf of Creditor    First Bank mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter A Siddiqui    on behalf of Plaintiff    CHCT Investments, LLC peter.siddiqui@kattenlaw.com
              R Scott Alsterda    on behalf of Accountant    Popowcer Katten  Ltd. rsalsterda@nixonpeabody.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@nixonpeabody.com
              R Scott Alsterda     rsalsterda@nixonpeabody.com,   ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Other Prof.    Nixon Peabody LLP rsalsterda@nixonpeabody.com,
               ralsterda@ecf.epiqsystems.com
              Richard H Fimoff    on behalf of Plaintiff Felicia  Shotkoski rfimoff@rsplaw.com,  fb@rsplaw.com
                                                                                                 TOTAL: 20
```