# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOMLINSON, ROBERT D. | § | Case No. 09-38023 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 35.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,500.00 |
| Total Distributions to Claimants:  38,683.43 | Claims Discharged<br>Without Payment:  87,694,766.07 |
| Total Expenses of Administration:  96,345.90 | |

3) Total gross receipts of $ 135,029.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 135,029.33  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 96,745.54 | 96,745.54 | 96,345.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,966,830.58 | 12,766,618.92 | 12,766,618.92 | 38,683.43 |
| **TOTAL DISBURSEMENTS** | $ 74,966,830.58 | $ 12,863,364.46 | $ 12,863,364.46 | $ 135,029.33 |

4)  This case was originally filed under chapter 7 on  10/12/2009 .  The case was pending for 82 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/07/2016                            By:/s/R. SCOTT ALSTERDA

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Church) | 1241-000 | 134,000.00 |
| SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Assoc.) | 1241-000 | 1,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 29.33 |
| **TOTAL GROSS RECEIPTS** | | **$ 135,029.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 10,001.47 | 10,001.47 | 10,001.47 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 8.58 | 8.58 | 8.58 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 44.85 | 44.85 | 44.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 283.56 | 283.56 | 283.56 |
| ASSOCIATED BANK | 2600-000 | NA | 3,126.71 | 3,126.71 | 3,126.71 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 1,109.59 | 1,109.59 | 1,109.59 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 5,155.33 | 5,155.33 | 5,155.33 |
| NIXON PEABODY LLP | 3110-000 | NA | 29,607.50 | 29,607.50 | 29,607.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 187.67 | 187.67 | 187.67 |
| DIMONTE & LIZAK LLC | 3210-000 | NA | 399.64 | 399.64 | 399.64 |
| DIMONTE & LIZAK LLC | 3210-600 | NA | 45,000.00 | 45,000.00 | 45,000.00 |
| DIMONTE & LIZAK LLC | 3220-610 | NA | 399.64 | 399.64 | 0.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,421.00 | 1,421.00 | 1,421.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 96,745.54 | $ 96,745.54 | $ 96,345.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bauer, Deborah 19310 Stone Oak Parkway, Suite 201 San Antonio, TX 75258 | | 0.00 | NA | NA | 0.00 |
| | Bontempo, Blaine 24 Polo Drive South Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHCT Investments, LLC Attention Victor Bezman 525 W. Monroe Street, Suite 1600 Chicago, IL 60661-3649 | | 3,145,205.37 | NA | NA | 0.00 |
| | Capital One, N.A. 4245 North Central Parkway Suite 245 Dallas, TX 75205 | | 231,181.93 | NA | NA | 0.00 |
| | Chapman Hext & Co., P.C. 301 S. Sherman St., Suite 200 Richardson, TX 75081-4166 | | 0.00 | NA | NA | 0.00 |
| | Credit Union Liquidity Services LLC f/k/a Texas Commercial Capital, LLC 777 East Campbell Road, Suite 650 Richardson, TX 75081 | | 36,000,000.00 | NA | NA | 0.00 |
| | DFW Note Equities 5440 Harvest Hill Road, Suite 250 Dallas, TX 75230 | | 0.00 | NA | NA | 0.00 |
| | David Goodman & Madole Attention: Bret Madole 5420 LBJ Freeway, Suite 1200 Dallas, TX 75240 | | 0.00 | NA | NA | 0.00 |
| | FIA Card Services P.O. Box 15710 Wilmington, DE 19886-5710 | | 26,443.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Bank P.O. Box 790281 Saint Louis, MO 63179 | | 462,000.00 | NA | NA | 0.00 |
| | First Bank P.O. Box 790281 Saint Louis, MO 63179 | | 52,000.00 | NA | NA | 0.00 |
| | GMAC 3451 Hammond Avenue P.O. Box 780 Waterloo, IA 50704 | | 50,000.00 | NA | NA | 0.00 |
| | Gary M Smogolski Trust Dated 3/8/01 909 West Palm Drive Mount Prospect, IL 60056-4126 | | 0.00 | NA | NA | 0.00 |
| | Grossman, Seymour T. 9151 Kenneth Avenue Skokie, IL 60076-1646 | | 0.00 | NA | NA | 0.00 |
| | Hoffman Estates Community Bank 1375 Palatine Road Hoffman Estates, IL 60192 | | 0.00 | NA | NA | 0.00 |
| | Kane, Russell, Coleman & Logan Attn: Gordon Russell 1601 Elm Street Dallas, TX 75201 | | 0.00 | NA | NA | 0.00 |
| | Kane,James M., Jr. 18 Barrington Hills Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mosher, Lawrence 3931 Felicia Sugar Land, TX 77479 | | 0.00 | NA | NA | 0.00 |
| | NexBank, SSB c/o Messrs Rossi and Ciavarra 13455 Noel Rd., Suite 2220 Dallas, TX 75420 | | 35,000,000.00 | NA | NA | 0.00 |
| | Northern Trust Bank 770 West Northwest Highway Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Perry, William and Julie 22278 NW Brookside Way Lake Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Reid, James and Tedde 33 Polo Drive Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | W.R. Rose Investments, Inc. 5440 Harvest Hill Road, Suite 250 Dallas, TX 75230 | | 0.00 | NA | NA | 0.00 |
| 000006 | BONTEMPO, BLAINE | 7100-000 | NA | 200,000.00 | 200,000.00 | 613.60 |
| 000001 | CAPITAL ONE, NATIONAL ASSOCIATION | 7100-000 | NA | 235,185.69 | 235,185.69 | 721.55 |
| 000005 | CHAPMAN HEXT & CO., P.C. | 7100-000 | NA | 1,656.25 | 1,656.25 | 5.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHCT INVESTMENTS, LLC | 7100-000 | NA | 3,560,505.99 | 3,560,505.99 | 10,923.69 |
| 000002 | FELICIA SHOTKOSKI | 7100-000 | NA | 100,000.00 | 100,000.00 | 306.80 |
| 000009 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 197,391.78 | 197,391.78 | 605.60 |
| 000010 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 170,633.41 | 170,633.41 | 523.51 |
| 000011 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 83,534.25 | 83,534.25 | 256.28 |
| 000012 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 231,917.81 | 231,917.81 | 711.53 |
| 000013 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 696,986.30 | 696,986.30 | 2,138.36 |
| 000014 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 102,863.01 | 102,863.01 | 315.59 |
| 000015 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 135,835.62 | 135,835.62 | 416.75 |
| 000016 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 73,865.75 | 73,865.75 | 226.62 |
| 000017 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 332,328.77 | 332,328.77 | 1,019.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 107,739.73 | 107,739.73 | 330.55 |
| 000019 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 83,534.25 | 83,534.25 | 256.28 |
| 000020 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 125,369.86 | 125,369.86 | 384.64 |
| 000029 | GARY M SMOGOLSKI TRUST DATED 3/8/01 | 7100-000 | NA | 166,095.89 | 166,095.89 | 509.58 |
| 000007 | KANE RUSSELL COLEMAN & LOGAN | 7100-000 | NA | 516,531.14 | 516,531.14 | 1,584.73 |
| 000008 | LAWRENCE MOSHER | 7100-000 | NA | 2,600,000.00 | 2,600,000.00 | 7,976.84 |
| 000027 | NORTHERN TRUST BANK | 7100-000 | NA | 195,324.37 | 195,324.37 | 599.26 |
| 000004 | PERRY, WILLIAM AND JULIE | 7100-000 | NA | 175,000.00 | 175,000.00 | 536.90 |
| 000021 | REID JAMES & TEDDE | 7100-000 | NA | 176,493.15 | 176,493.15 | 541.48 |
| 000022 | REID JAMES & TEDDE | 7100-000 | NA | 626,817.10 | 626,817.10 | 1,923.08 |
| 000023 | REID JAMES & TEDDE | 7100-000 | NA | 361,075.66 | 361,075.66 | 1,107.79 |
| 000024 | REID JAMES & TEDDE | 7100-000 | NA | 455,753.42 | 455,753.42 | 1,398.26 |
| 000025 | REID JAMES & TEDDE | 7100-000 | NA | 178,465.75 | 178,465.75 | 547.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | REID JAMES & TEDDE | 7100-000 | NA | 77,713.97 | 77,713.97 | 238.42 |
| 000028 | SUPPLY & EQUIPMENT FOODSERVICE ALLI | 7100-000 | NA | 640,000.00 | 640,000.00 | 1,963.53 |
| 000030 | KANE,JAMES M., JR. | 7200-000 | NA | 158,000.00 | 158,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 74,966,830.58 | $ 12,766,618.92 | $ 12,766,618.92 | $ 38,683.43 |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No:      09-38023      JPC   Judge: JACQUELINE P. COX

Case Name:   TOMLINSON, ROBERT D.

For Period Ending:  07/07/16

Trustee Name:              R. SCOTT ALSTERDA

Date Filed (f) or Converted (c):   10/12/09 (f)

341(a) Meeting Date:        01/29/10

Claims Bar Date:            12/30/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 500.00 | 0.00 | | 0.00 | FA |
| 2. Northern Trust Bank (xxx5281) | 20.00 | 0.00 | | 0.00 | FA |
| 3. Northern Trust Bank (xxx5474) | 15.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods and Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel (necessary) | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Ring and Watch | 500.00 | 0.00 | | 0.00 | FA |
| 7. Navigators III, LLC | Unknown | 0.00 | | 0.00 | FA |
| 8. Assets Navigators Landings, LLC | Unknown | 0.00 | | 0.00 | FA |
| 9. SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Church) (u) Willow Creek Community Church | 134,000.00 | 134,000.00 | | 134,000.00 | FA |
| 10. SETTLEMENT OF AVOIDANCE ACTION (No. 10-43-Assoc.) (u) Willow Creek Association | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 29.33 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $141,535.00          $135,000.00                        $135,029.33          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has collected funds from the settlement of a fraudulent transfer case.  Distribution has been made.  Waiting

for a check to clear before submitting TDR.

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 07/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 19.06a

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-38023   JPC   Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | Date Filed (f) or Converted (c): | 10/12/09 (f) |
| | | 341(a) Meeting Date: | 01/29/10 |
| | | Claims Bar Date: | 12/30/10 |

/s/   R. SCOTT ALSTERDA

_____ Date: 07/07/16

R. SCOTT ALSTERDA

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 07/07/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t  08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 88,376.92 | | 88,376.92 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.48 | 88,322.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.28 | 88,266.16 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.42 | 88,211.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.20 | 88,155.54 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.04 | 88,024.50 |
| 03/07/13 | 030001 | International Sureties, Ltd. | | 2300-000 | | 70.29 | 87,954.21 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.21 | 87,836.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.63 | 87,705.37 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.18 | 87,579.19 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.21 | 87,448.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.82 | 87,323.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.83 | 87,193.33 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.63 | 87,063.70 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.28 | 86,938.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.25 | 86,809.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.90 | 86,684.27 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.87 | 86,555.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.69 | 86,426.71 |
| 02/10/14 | 030002 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 70.09 | 86,356.62 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 116.02 | 86,240.60 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 128.21 | 86,112.39 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.90 | 85,988.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.84 | 85,860.65 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.53 | 85,737.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.47 | 85,609.65 |

FORM 2
Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 07/07/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.28 | 85,482.37 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.00 | 85,359.37 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.91 | 85,232.46 |
| 12/01/14 | 030003 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0148 | Tax Return 2010 | 2810-000 | | 5,125.00 | 80,107.46 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.63 | 79,984.83 |
| 02/20/15 | 030004 | Arthur B. Levine Company Attention Maria Sponza 60 East 42nd Street, Room 965 New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 44.85 | 79,939.98 |
| 03/06/15 | 030005 | Internal Revenue Service Cincinnati, OH 45999-0039 | 35-6866450 Tax Period 12-31-10 1041 | 2810-000 | | 30.33 | 79,909.65 |
| 01/07/16 | 030006 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 10,001.47 | 69,908.18 |
| 01/07/16 | 030007 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL  60602-4283 | Chapter 7 Expenses | 2200-000 | | 8.58 | 69,899.60 |
| 01/07/16 | 030008 | Popowcer Katten, Ltd. c/o Lois West 35 East Wacker Drive Suite 1550 Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 1,421.00 | 68,478.60 |
| 01/07/16 | 030009 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 29,607.50 | 38,871.10 |
| 01/07/16 | 030010 | Nixon Peabody LLP | Attorney for Trustee Expenses (Trus | 3120-000 | | 187.67 | 38,683.43 |

FORM 2

Page:   3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38023  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | TOMLINSON, ROBERT D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | |
| For Period Ending: | 07/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 70 West Madison Street Suite 3500 Chicago, IL 60602 | | | | | |
| 01/07/16 | 030011 | Capital One, National Association P.O. Box 829009 Dallas, TX 75382-9009 | Claim 000001, Payment 0.30680% | 7100-000 | | 721.55 | 37,961.88 |
| 01/07/16 | 030012 | Felicia Shotkoski Adam B Whiteman, Esq 118 N Clinton Street, Ste 17 Chicago, IL 60661 | Claim 000002, Payment 0.30680% | 7100-000 | | 306.80 | 37,655.08 |
| 01/07/16 | 030013 | CHCT Investments, LLC c/o Katten Muchin Rosenman LLP 525 W. Monroe Street Chicago, IL 60661 Attention: Peter A. Siddiqui | Claim 000003, Payment 0.30680% | 7100-000 | | 10,923.69 | 26,731.39 |
| 01/07/16 | 030014 | Perry, William and Julie 22278 NW Brookside Way Lake Barrington, IL 60010 | Claim 000004, Payment 0.30680% | 7100-000 | | 536.90 | 26,194.49 |
| 01/07/16 | 030015 | Chapman Hext & Co., P.C. 301 S. Sherman St., Suite 200 Richardson, TX 75081-4166 | Claim 000005, Payment 0.30672% | 7100-000 | | 5.08 | 26,189.41 |
| 01/07/16 | 030016 | Bontempo, Blaine 24 Polo Drive South Barrington, IL 60010 | Claim 000006, Payment 0.30680% | 7100-000 | | 613.60 | 25,575.81 |
| 01/07/16 | 030017 | Kane Russell Coleman & Logan Attn Michael Scanlon 3700 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 | Claim 000007, Payment 0.30680% | 7100-000 | | 1,584.73 | 23,991.08 |
| 01/07/16 | 030018 | Lawrence Mosher c/o Much Shelist PC | Claim 000008, Payment 0.30680% | 7100-000 | | 7,976.84 | 16,014.24 |

FORM 2

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-38023  -JPC |
| Case Name: | TOMLINSON, ROBERT D. |
| Taxpayer ID No: | *******6450 |
| For Period Ending: | 07/07/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9719  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | (K. Carlson/J. Gansberg) | | | | | |
| | | 191 N. Wacker Dr., #1800 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 01/07/16 | 030019 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000009, Payment 0.30680% | 7100-000 | | 605.60 | 15,408.64 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030020 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000010, Payment 0.30680% | 7100-000 | | 523.51 | 14,885.13 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030021 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000011, Payment 0.30680% | 7100-000 | | 256.28 | 14,628.85 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030022 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000012, Payment 0.30680% | 7100-000 | | 711.53 | 13,917.32 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030023 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000013, Payment 0.30680% | 7100-000 | | 2,138.36 | 11,778.96 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030024 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000014, Payment 0.30681% | 7100-000 | | 315.59 | 11,463.37 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030025 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000015, Payment 0.30680% | 7100-000 | | 416.75 | 11,046.62 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030026 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000016, Payment 0.30680% | 7100-000 | | 226.62 | 10,820.00 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030027 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000017, Payment 0.30680% | 7100-000 | | 1,019.59 | 9,800.41 |
| | | 909 West Palm Drive | | | | | |
| | | Mount Prospect, IL 60056-4126 | | | | | |
| 01/07/16 | 030028 | Gary M Smogolski Trust Dated 3/8/01 | Claim 000018, Payment 0.30680% | 7100-000 | | 330.55 | 9,469.86 |

FORM 2                                                                    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| Case No: | 09-38023  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | |
| For Period Ending: | 07/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/16 | 030029 | 909 West Palm Drive<br>Mount Prospect, IL 60056-4126<br>Gary M Smogolski Trust Dated 3/8/01 | Claim 000019, Payment 0.30680% | 7100-000 | | 256.28 | 9,213.58 |
| 01/07/16 | 030030 | 909 West Palm Drive<br>Mount Prospect, IL 60056-4126<br>Gary M Smogolski Trust Dated 3/8/01 | Claim 000020, Payment 0.30680% | 7100-000 | | 384.64 | 8,828.94 |
| 01/07/16 | 030031 | 909 West Palm Drive<br>Mount Prospect, IL 60056-4126<br>Reid James & Tedde | Claim 000021, Payment 0.30680% | 7100-000 | | 541.48 | 8,287.46 |
| 01/07/16 | 030032 | 33 Polo Drive<br>South Barrington, IL 60010<br>Reid James & Tedde | Claim 000022, Payment 0.30680% | 7100-000 | | 1,923.08 | 6,364.38 |
| 01/07/16 | 030033 | 33 Polo Drive<br>South Barrington, IL 60010<br>Reid James & Tedde | Claim 000023, Payment 0.30680% | 7100-000 | | 1,107.79 | 5,256.59 |
| 01/07/16 | 030034 | 33 Polo Drive<br>South Barrington, IL 60010<br>Reid James & Tedde | Claim 000024, Payment 0.30680% | 7100-000 | | 1,398.26 | 3,858.33 |
| 01/07/16 | 030035 | 33 Polo Drive<br>South Barrington, IL 60010<br>Reid James & Tedde | Claim 000025, Payment 0.30680% | 7100-000 | | 547.54 | 3,310.79 |
| 01/07/16 | 030036 | 33 Polo Drive<br>South Barrington, IL 60010<br>Reid James & Tedde | Claim 000026, Payment 0.30679% | 7100-000 | | 238.42 | 3,072.37 |
| * 01/07/16 | 030037 | 33 Polo Drive<br>South Barrington, IL 60010<br>Northern Trust Bank<br>770 West Northwest Highway<br>Barrington, IL 60010 | Claim 000027, Payment 0.30680%<br>Stop payment on 5/6/16 per Trustee (KJB) | 7100-004 | | 599.26 | 2,473.11 |
| 01/07/16 | 030038 | Supply & Equipment Foodservice Alliance Inc | Claim 000028, Payment 0.30680% | 7100-000 | | 1,963.53 | 509.58 |

FORM 2

Page:   6

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38023  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9719  Checking Account |
| Taxpayer ID No: | *******6450 | | |
| For Period Ending: | 07/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/16 | 030039 | 4 Executive Court Suite 1 S Barrington, IL 60010 Gary M Smogolski Trust Dated 3/8/01 | Claim 000029, Payment 0.30680% | 7100-000 | | 509.58 | 0.00 |
| 05/06/16 | 030040 | 909 West Palm Drive Mount Prospect, IL 60056-4126 Northern Trust One Oakbrook Terrace | Claim 000027, Payment 0.30680% | 7100-000 | | 599.26 | -599.26 |
| * 05/09/16 | 030037 | Oakbrook Terrace, IL 60181 Northern Trust Bank 770 West Northwest Highway Barrington, IL 60010 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -599.26 | 0.00 |

* Reversed
t  Funds Transfer

| Account | *******9719 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | | 41 | Checks | 85,250.21 |
| 0 | Interest Postings | 0.00 | | 27 | Adjustments Out | 3,126.71 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | | |
| | | | | | Total | $ | 88,376.92 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 88,376.92 | | | | |
| | Total | $ | 88,376.92 | | | | |

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-38023  -JPC |
| Case Name: | TOMLINSON, ROBERT D. |
| Taxpayer ID No: | *******6450 |
| For Period Ending: | 07/07/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9119  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/10 | 9 | Willow Creek Community Church<br>67 East Algonquin Road<br>South Barrington, IL 60010-6143 | Settlement Fraudulent Transfer | 1241-000 | 134,000.00 | | 134,000.00 |
| 09/29/10 | 10 | Willow Creek Association<br>P.O. Box 3188<br>Barrington, IL 60011-3188 | Settlement Fraudulent Transfer | 1241-000 | 1,000.00 | | 135,000.00 |
| 10/04/10 | 000301 | DiMonte & Lizak LLC<br>216 Higgins Road<br>Park Ridge, IL 60068 | Special Counsel for Trustee Fees<br>Order dated 09/28/10 [130] | 3210-600 | | 45,000.00 | 90,000.00 |
| 10/04/10 | 000302 | DiMonte & Lizak LLC<br>216 Higgins Road<br>Park Ridge, IL 60068 | Special Counsel for Trustee Expense | 3210-000 | | 399.64 | 89,600.36 |
| 10/29/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.92 | | 89,604.28 |
| 11/30/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.69 | | 89,607.97 |
| 12/31/10 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.81 | | 89,611.78 |
| 01/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.81 | | 89,615.59 |
| 02/07/11 | 000303 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 71.71 | 89,543.88 |
| 02/28/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.69 | | 89,544.57 |
| 03/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 89,545.33 |
| 04/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 89,546.06 |
| 05/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 89,546.83 |
| 06/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 89,547.57 |
| 07/29/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 89,548.32 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 89,549.09 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 89,549.83 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 89,550.56 |
| t  10/31/11 | | Transfer to Acct #*******5707 | Final Posting Transfer | 9999-000 | | 89,550.56 | 0.00 |

Ver: 19.06a

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-38023  -JPC | |
| Case Name: | TOMLINSON, ROBERT D. | |
| | | |
| Taxpayer ID No: | *******6450 | |
| For Period Ending: | 07/07/16 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9119  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer

| Account   *******9119 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 135,000.00 | 3   Checks   45,471.35 |
| 13 | Interest Postings | 21.91 | 0   Adjustments Out   0.00 |
| | | | 1   Transfers Out   89,550.56 |
| | Subtotal | $   135,021.91 | |
| | | | Total   $   135,021.91 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $   135,021.91 | |

Ver: 19.06a

FORM 2                                                                                              Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-38023  -JPC | |
| Case Name: | TOMLINSON, ROBERT D. | |
| | | |
| Taxpayer ID No: | *******6450 | |
| For Period Ending: | 07/07/16 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5707  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t  10/31/11 | | Transfer from Acct #*******9119 | Transfer In From MMA Account | 9999-000 | 89,550.56 | | 89,550.56 |
| t  10/31/11 | | Transfer to Acct #*******5749 | Bank Funds Transfer | 9999-000 | | 89,550.56 | 0.00 |

\*  Reversed
t  Funds Transfer

| Account   *******5707 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 89,550.56 |
| | Subtotal | $    0.00 | | | |
| | | | | Total | $    89,550.56 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 89,550.56 | | | |
| | Total | $   89,550.56 | | | |

LFORM2T4   **UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Ver: 19.06a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-38023 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5749  BofA - Money Market Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 07/07/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 0.02 |
| t  10/31/11 | | Transfer from Acct #*******5707 | Bank Funds Transfer | 9999-000 | 89,550.56 | | 89,550.58 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 89,551.32 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 110.40 | 89,440.92 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 89,441.68 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 110.27 | 89,331.41 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 89,332.17 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.16 | 89,215.01 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.71 | | 89,215.72 |
| 02/29/12 | 000301 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 71.47 | 89,144.25 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 106.03 | 89,038.22 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 89,038.97 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 109.49 | 88,929.48 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 88,930.21 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.98 | 88,817.23 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,817.98 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.84 | 88,705.14 |
| 06/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 88,705.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 105.43 | 88,600.43 |
| 07/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,601.18 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 116.20 | 88,484.98 |
| 08/31/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 88,485.71 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 108.79 | 88,376.92 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| t  08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 88,376.92 | 0.00 |

FORM 2                                                                                              Page:  11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-38023  -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | TOMLINSON, ROBERT D. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5749  BofA - Money Market Account |
| Taxpayer ID No: | *******6450 | | | |
| For Period Ending: | 07/07/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******5749 | | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | | 0.00 | 1 | Checks | 71.47 |
| | 11 | Interest Postings | | 7.42 | 10 | Adjustments Out | 1,109.59 |
| | | | | | 1 | Transfers Out | 88,376.92 |
| | | Subtotal | $ | 7.42 | | | |
| | | | | | | Total | $ | 89,557.98 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 89,550.56 | | | |
| | | Total | $ | 89,557.98 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Totals | | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | | 135,000.00 | 45 | Checks | 130,793.03 |
| | 24 | Interest Postings | | 29.33 | 37 | Adjustments Out | 4,236.30 |
| | | | | | 3 | Transfers Out | 267,478.04 |
| | | Subtotal | $ | 135,029.33 | | | |
| | | | | | | Total | $ | 402,507.37 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 3 | Transfers In | | 267,478.04 | | | |
| | | Total | $ | 402,507.37 | | Net Total Balance | $ | 0.00 |

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____   Date: 07/07/16
                          R. SCOTT ALSTERDA